**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**LINDA KISOSONDI
and DANIEL KISOSONDI,**

      **Plaintiffs,**

**v.**                                                  **Case No. 8:05-cv-2065-T-24TBM**

**THE HOME DEPOT U.S.A., INC.,**

      **Defendant.**
_____/

**O R D E R**

THIS MATTER is before the court on the Defendant's **Amended Motion to Compel Discovery and Initial Disclosures** (Doc. 19), Defendant's **Amended Motion for Extensions of Home Depot's Discovery Cut-off, Exert Disclosure Date and Mediation Deadlines** (Doc. 20), Plaintiffs' notice of compliance (Doc. 18), and Defendant's notice of partial compliance.[1]  A telephone hearing on this matter was conducted on July 17, 2006.

Upon consideration, Defendant's **Amended Motion to Compel Discovery and Initial Disclosures** (Doc. 19) and **Amended Motion for Extensions of Home Depot's Discovery Cut-off, Exert Disclosure Date and Mediation Deadlines** (Doc. 20) are **GRANTED in part.**  As discussed at the hearing, Ms. Kisosondi is directed to secure a copy of her 2003 W-2 form from her former employer and provide it to the Defendant within twenty (20) days.  Insofar as Defendant seeks a copy of Ms. Kisosondi's tax return for that

---

[1]Defendant's **Motion to Compel Discovery and Initial Disclosures and for Extensions of Home Depot's Discovery Cut-off, Exert Disclosure Date and Mediation Deadlines** (Doc. 17) is **DENIED** as moot.

year, counsel for Plaintiffs advises that Ms. Kisosondi has provided a release form sufficient to allow Defendant to obtain a copy of such from IRS.  The court will put the burden on Defendant to obtain the tax returns.  As for the other outstanding discovery, Plaintiffs shall serve initial disclosures, pursuant to Rule 26, no later than by close of business July 24, 2006.

Regarding the request to extend deadlines, as discussed at the hearing, the deadlines are extended as follows: motions seeking to join additional parties shall be filed no later than October 2, 2006; mediation shall be scheduled to occur by October 13, 2006; expert disclosure pursuant to Rule 26 shall be completed by November 17, 2006; and all discovery shall be completed by December 22, 2006.  In all other regards, the Case Management and Scheduling Order shall remain in full force and effect.

**Done and Ordered** in Tampa, Florida, this 17th day of 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of Record